2:12-CR-12-GZS

SCANNED

U.S. DISTRICT COURT
PORTLAND, MAINE
2012 FEB -7 P 4:58
DEPUTY CLERK

## Indictment Synopsis

| | |
|---|---|
| **Name:** | John B. Perry |
| **Address:** **(City & State Only)** | Bridgton, Maine |
| **Year of Birth and Age:** | 1961; 50 years old |
| **Violations:** | Count 1: Conspiracy to distribute and possession with intent to distribute oxycodone, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).<br><br>Count 2: Health Care Fraud, in violation of Title 18, United States Code, Section 1347.<br><br>Counts 3-17, 19-27, 30, 32-45: Unlawful distribution of oxycodone, in violation of Title 21, United States Code, Section 841(a)(1).<br><br>Count 18: Unlawful distribution of Xanax (alprazolam), in violation of Title 21, United States Code, Section 841(a)(1).<br><br>Counts 28, 29, 31: Unlawful distribution of Dilaudid (hydromorphone), in violation of Title 21, United States Code, Section 841(a)(1). |
| **Penalties:** | Counts 1, 3-17, 19-45: Imprisonment of not more than twenty years (21 U.S.C. § 841(b)(1)(C)); or a fine not to exceed one million dollars ($1,000,000) (21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 3571(b)(1)); or both. These are Class C felonies pursuant to 18 U.S.C. § 3559(a)(3).<br><br>Count 2: Imprisonment of not more than ten years; or a fine of not more than $250,000; or both. 18 U.S.C. § 1347. This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3).<br><br>Count 18: Imprisonment of not more than five years; or a fine not to exceed $250,000 (21 U.S.C. § 841(b)(2) and 18 U.S.C. § 3571(b)(1)), or both. This is a Class D felony pursuant to 18 U.S.C. § 3559(a)(4). |
| **Supervised Release:** | Counts 1, 3-17, 19-45: Not less than three years and not more than life. 21 U.S.C. § 841(b)(1)(C). |

| | |
|---|---|
| | Count 2: Not more than three years. 18 U.S.C. § 3583(b)(2)<br><br>Count 18: Not less than one year and not more than life. 21 U.S.C. § 841(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1-45: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Counts: 1, 3-45: Life less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).<br><br>Count 2: Three years less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Leonard I. Sharon, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | HHS – SA Eric Hafener<br>DEA – SA Paul Buchanan |
| **Detention Status:** | To be determined |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland |
| **AUSA:** | David B. Joyce |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |