SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT

2012 FEB -7 P 4:58

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:12-CR-12-GZS |
| | ) | |
| JOHN B. PERRY | ) | |

## PRAECIPE FOR WARRANT

The United States requests that the Clerk of the Court issue a warrant as an Indictment against the above-named defendant has been filed in the above-entitled case.

David B. Joyce
Assistant U.S. Attorney